1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  DUSTIN GORDON

6                    **UNITED STATES DISTRICT COURT,**
                          **DISTRICT OF ARIZONA**
7

8  DUSTIN GORDON,                )   **Case No.: 2:10-cv-00144-GMS**
             Plaintiff,           )
9                                 )
        v.                        )   **NOTICE OF SETTLEMENT**
10                                )
   ER SOLUTIONS, INC.,            )
11                                )
             Defendant.           )
12                                )
                                  )

13

14      NOW COMES the Plaintiff, DUSTIN GORDON, by and through the undersigned

15  counsel and hereby informs the court that a settlement of the present matter has been reached and

16  is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

17  next 30 days.

18      Plaintiff therefore requests that this honorable court vacate all dates currently set on

19  calendar for the present matter.

20                              Respectfully Submitted,

21  DATED: April 5, 2010          KROHN & MOSS, LTD.

22

23                                By: /s/ Ryan Lee                          _

24                                    Ryan Lee
                                      Attorney for Plaintiff
25

- 1 -

Notice of Settlement